**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:10CR217 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **LUIS ALBERTO AQUINO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Luis Alberto Aquino (Aquino) to review detention (Filing No. 61). Upon consideration, the motion is granted and the home confinement provision of paragraph 8 of Aquino's Release Order is rescinded upon Aquino's personally reporting to his Pretrial Services officer in California and returning the electronic monitoring equipment.

**IT IS SO ORDERED.**

DATED this 3rd day of April, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge