IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:10CR217 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| LUIS AQUINO, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 13th day of April, 2012, this matter is before the Court on the United States' Motion for Dismissal (Filing No. 63). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave is Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Luis Aquino.

2. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Luis Aquino.

**BY THE COURT:**

**s/ Joseph F. Bataillon**
**United States District Court Judge**